Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  HECTOR BLAJOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HECTOR BLAJOS, | Case No.: 1:14-CV-01317-SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | ORDER THEREON |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Hector Blajos ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 10, 2015; and that Defendant shall have until July 10, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July 24, 2015.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 4, 2015     Respectfully submitted,

                                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                              /s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff HECTOR BLAJOS

DATED:  May 4, 2015     BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration


*/s/ Lynn M. Harada*
_____
Lynn M. Harada
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including June 10, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to July 10, 2015 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July 24, 2015.

IT IS SO ORDERED.

DATE: 5/5/2015          /s/ SANDRA M. SNYDER

                                        UNITED STATES MAGISTRATE JUDGE