BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BLAJOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01317-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 21 days to and including July 31, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases and a Ninth Circuit case, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 10, 2015            */s/ Lynn M. Harada for Steven Rosales*
                                (*as authorized via email on 7/10/15)
                                STEVEN ROSALES
                                Attorney for Plaintiff


Dated: July 10, 2015            BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     /s/ Lynn M. Harada
                                LYNN M. HARADA
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

   Dated:   **July 10, 2015**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE